

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00414-CV

City of Corpus Christi
v.
Gina Rios and Ysabel Martinez, as next friend to E.M.

On Appeal from the
County Court at Law No. 4 of Nueces County, Texas
Trial Court Cause No. 2019CCV-61610-4

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment in accordance with its opinion. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

November 16, 2023